UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JASON HERNANDEZ, | § | |
| | § | |
| Movant, | § | |
| | § | |
| V. | § | CRIMINAL CAUSE NO. |
| | § | SA-96-CR-325-FB |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### ORDER

The matter before the Court is movant Hernandez's Affidavit to Proceed *In Forma Pauperis* on Appeal (docket entry no. 117). Movant Hernandez seeks to appeal this Court's Order denying his Rule 36 Motion (docket entry no. 115). Finding movant Hernandez makes no substantial showing that the Court erred or denied his constitutional rights when it imposed supervised release revocation sentences, the court determines his appeal is not taken in "good faith," i.e. if the appeal fails to present a nonfrivolous issue. *See Coppedge v. U.S.*, 369 U.S. 438, 445 (1962).

It is so **ORDERED**.

**SIGNED** this _1st_ day of _May_, 2006.

FRED BIERY
United States District Judge